FILED

08/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0030

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 22-0030

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER MICHAEL WELCH,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 18, 2023, within which to prepare, file, and serve its Reply to the Appellee's Response in this case.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 4 2023